AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

V.

CAROLE ARGO,

        Defendant.

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01397
Assigned To : Robertson, James
Assign. Date : 8/1/2007
Description: General Civil

TO: (Name and address of Defendant)

Carole Argo,
c/o DOUGLAS J. DAVISON
Wilmer Hale
1875 Pennsylvania Avenue NW
Washington, DC 20006

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey Infelise
Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549-4010
202-551-4904

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      AUG - 1 2007
CLERK      DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 8/1/07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Jeffery Infelise | Securities and Exchange Commission Assistant Chief Litigation Counsel |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by courier upon Douglas J. Davidson, Esq., counsel for defendant Carole Argo, pursuant to agreement of counsel to accept service.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/9/2007
              Date                    Signature of Server

100 F Street, NE 20549
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.