IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No. 1:07-cv-01397 (JR) |
| CAROLE ARGO, | ) ) ) |  |
| Defendant. | ) ) |  |

## NOTICE OF APPEARANCE

The undersigned counsel, Jeannie S. Rhee, of Wilmer Cutler Pickering Hale and Dorr LLP, hereby enters her appearance as counsel on behalf of the defendant Carole Argo in the above-captioned matter.

DATED:  August 13, 2007

Respectfully submitted,

   */s/* Jeannie Rhee
Jeannie Rhee
D.C. Bar No. 464127
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Jeannie.rhee@wilmerhale.com
Attorney for Defendant Carole Argo

**CERTIFICATE OF SERVICE**

     I, Jeannie S. Rhee, hereby certify that on this 13th day of August, 2007, a copy of the foregoing *Notice of Appearance* was filed with the Clerk of the Court using the CM/ECF system, which should send notification of such filing to the following e-mail addresses. In addition, I hereby certify that I have served the foregoing by first class U.S. mail to the extent the following attorneys of record have not yet registered for CM/ECF.

Jeffrey Infelise
Antonia Chion
Yuri B. Zelinsky
Michael A. Ungar
Alton O. Turner
InfeliseJ@sec.gov
ChionA@sec.gov
ZelinskyY@sec.gov
UngarM@sec.gov
turneral@sec.gov
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-4030

Attorneys for Plaintiff
Securities and Exchange Commission

        /s/ Jeannie S. Rhee

Jeannie Rhee
D.C. Bar No. 464127
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Jeannie.rhee@wilmerhale.com
Attorney for Defendant Carole Argo