CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION )
)
Plaintiff )
v. ) Civil Case Number 07-1397 (RWR)
) Category E
CAROLE ARGO )
)
Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on August 15, 2007 from Judge James Robertson to Judge Richard W. Roberts by direction of the Calendar Committee.

(Case randomly assigned.)

JUDGE ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Roberts & Courtroom Deputy
      Judge Robertson & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk