IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLE ARGO,<br><br>    Defendant. | Civil Action No. 1:07-cv-01397 (RWR)<br><br>MOTION TO ADMIT COUNSEL<br>*PRO HAC VICE* |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Jeannie S. Rhee, move the Court for admission *pro hac vice* of Peter K. Vigeland, pursuant to Local Rule 83.2(d), and in support of this motion state:

1. I, Jeannie S. Rhee, am a practicing attorney duly admitted to the Bar of the District of Columbia and am admitted to practice before this Court. I am an attorney at the law firm of Wilmer Cutler Pickering Hale & Dorr LLP and am acquainted with Mr. Vigeland. I will remain as counsel throughout the course of this litigation.

2. Peter K. Vigeland is a Partner in the New York office of Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022.

3. Peter K. Vigeland has been practicing law for over 25 years and is a member in good standing of the Bar of New York (Bar Reg. No. PV-0161).

4. There are no disciplinary proceedings against Mr. Vigeland and he is familiar with the Local Rules of the United States District Court for the District of Columbia.

1

5. Mr. Vigeland has not been admitted *pro hac vice* to this Court in the previous two years.

WHEREFORE, I, Jeannie S. Rhee, request that Peter K. Vigeland of Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022, be admitted to practice before this Court for all purposes in connection with the representation of the Defendant in this proceeding. I have attached a proposed order for the Court's convenience.

DATED: August 27, 2007

Respectfully submitted,

　/s/ Jeannie S. Rhee
Jeannie S. Rhee
D.C. Bar No. 464127
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Jeannie.Rhee@wilmerhale.com
Attorney for Defendant Carole Argo

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>   v.<br><br>CAROLE ARGO,<br><br>         Defendant. | Civil Action No. 1:07-cv-01397 (RWR) |

## ORDER ADMITTING PETER K. VIGELAND

The Court hereby **GRANTS** Jeannie S. Rhee's motion to admit Peter K. Vigeland to practice *pro hac vice* in this matter as counsel for Defendant.

Dated:_____

                 _____
                 RICHARD W. ROBERTS
                 UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

v.

CAROLE ARGO,

                Defendant.

Civil Action No. 1:07-cv-01397 (RWR)

## DECLARATION OF PETER K. VIGELAND

I, Peter K. Vigeland declare pursuant to 28 U.S.C. § 1746 and Local Rule 83.2(d):

1. I am a Partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022, counsel for Defendant in the above-captioned action. I submit this declaration in support of Jeannie S. Rhee's August 27, 2007 Motion pursuant to Local Rule 83.2(d) for the *pro hac vice* admission of Peter K. Vigeland to the Bar of this Court.

2. My full name is Peter Kristian Vigeland.

3. My office address is Wilmer Cutler Pickering Hale & Dorr LLP, 399 Park Avenue, New York, New York 10022. My office telephone number is (212) 230-8807.

4. I have been admitted to and am a member in good standing of the Bar of New York (Bar Reg. No. PV-0161).

5. I have also been admitted to the following:

    1. United States District Court for the Southern District of New York (admitted May 22, 1984);

    2. United States District Court for the Eastern District of New York (admitted April 3, 1986);

    3. United States Court of Appeals for the Second Circuit (admitted June 16, 1987); and

1

      4.      United States District Court for the District of Connecticut
(admitted as visiting attorney November 1, 2002).

6.      I have previously acted as sole or lead counsel in a federal district court in a contested jury trial in which testimony was taken in open court and an order or other appealable judgment was entered.

7.      I have never been suspended, disbarred, or otherwise disciplined by any court, and I have never been the subject of investigatory or disciplinary proceedings before any court or administrative body.

8.      I have not been admitted *pro hac vice* to this court within the past two years.

9.      I am not a member of the Bar of the District of Columbia and I do not engage in the practice of law from an office located in the District of Columbia.

      I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed at 399 Park Avenue, New York, New York 10022, August 27, 2007.

Date: August 27, 2007      Signed: _____

      Peter K. Vigeland
      Wilmer Cutler Pickering Hale & Dorr LLP
      399 Park Avenue
      New York, New York 10022
      Telephone: (212) 230-8807
      Facsimile: (212) 230-8888
      Peter.Vigeland@wilmerhale.com

## CERTIFICATE OF SERVICE

I, Jeannie S. Rhee, hereby certify that on this 27th day of August, 2007, a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was filed with the Clerk of the Court using the CM/ECF system, which should send notification of such filing to the following e-mail addresses. In addition, I hereby certify that I have served the foregoing by first class U.S. mail to the extent the following attorneys of record have not yet registered for CM/ECF.

Jeffrey Infelise
Antonia Chion
Yuri B. Zelinsky
Michael A. Ungar
Alton O. Turner
InfeliseJ@sec.gov
ChionA@sec.gov
ZelinskyY@sec.gov
UngarM@sec.gov
turneral@sec.gov
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-4030

Attorneys for Plaintiff
Securities and Exchange Commission

    /s/ Jeannie S. Rhee

Jeannie S. Rhee
D.C. Bar No. 464127
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Jeannie.rhee@wilmerhale.com
Attorney for Defendant Carole Argo