# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CAROLE ARGO,<br><br><br>　　　　　　　　Defendant. | Civil Action No. 1:07-cv-01397 (RWR)<br><br><br>**MOTION TO ADMIT COUNSEL**<br>***PRO HAC VICE*** |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

　　　　I, Jeannie S. Rhee, move the Court for admission *pro hac vice* of Elizabeth Julia Weller, pursuant to Local Rule 83.2(d), and in support of this motion state:

　　　　1.　　I, Jeannie S. Rhee, am a practicing attorney duly admitted to the Bar of the District of Columbia and am admitted to practice before this Court. I am an attorney at the law firm Wilmer Cutler Pickering Hale & Dorr LLP and am acquainted with Ms. Weller. I will remain as counsel throughout the course of this litigation.

　　　　2.　　Elizabeth Weller is an associate at Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, NW, Washington, DC 20006.

　　　　3.　　Elizabeth Weller has been practicing law for almost 2 years and is a member in good standing of the Bars of Maryland and the District of Columbia (Bar No. 502005).

　　　　4.　　There are no disciplinary proceedings against Ms. Weller and she is familiar with the Local Rules of the United States District Court for the District of Columbia.

5.    Ms. Weller has not been admitted *pro hac vice* to this Court in the previous two years.

WHEREFORE, I, Jeannie S. Rhee, request that Elizabeth Weller of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, NW, Washington, DC 20006, be admitted to practice before this Court for all purposes in connection with the representation of the Defendant in this proceeding. I have attached a proposed order for the Court's convenience.

DATED: October 11, 2007

Respectfully submitted,

   */s/* Jeannie Rhee

Jeannie Rhee
D.C. Bar No. 464127
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Jeannie.Rhee@wilmerhale.com
Attorney for Defendant Carole Argo

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>            v.<br><br>CAROLE ARGO,<br><br>                    Defendant. | Civil Action No. 1:07-cv-01397 (RWR) |

## ORDER ADMITTING ELIZABETH JULIA WELLER

The Court hereby **GRANTS** Jeannie S. Rhee's motion to admit Elizabeth Julia Weller to practice *pro hac vice* in this matter.

Dated:_____          _____
                                                                  RICHARD W. ROBERTS
                                                                  UNITED STATES DISTRICT JUDGE

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CAROLE ARGO,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 1:07-cv-01397 (RWR) |

# DECLARATION OF ELIZABETH JULIA WELLER

I, Elizabeth Weller declare pursuant to 28 U.S.C. § 1746 and Local Rule 83.2(d):

1. I am an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, NW, Washington, DC 20006, counsel for Defendant in the above-captioned action. I submit this declaration in support of Jeannie S. Rhee's October 11, 2007 Motion pursuant to Local Rule 83.2(d) for the *pro hac vice* admission of Elizabeth Weller to the bar of this Court.

2. My full name is Elizabeth Julia Weller.

3. My office address is Wilmer Cutler Pickering Hale & Dorr LLP, 1875 Pennsylvania Avenue, NW, Washington, DC 20006. My office telephone number is (202) 663-6331.

4. I have been admitted to and am a member in good standing of the Bar of Maryland (admitted December 15, 2005).

5. I have also been admitted to and am a member in good standing of the Bar of the District of Columbia (Bar No. 502005; admitted December 11, 2006).

6. I have never been suspended, disbarred, or otherwise disciplined by any court, and I have never been the subject of investigatory or disciplinary proceedings before any court or administrative body.

7. I have not been admitted *pro hac vice* to this court within the past two years.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed at 1875 Pennsylvania Avenue, NW, Washington, DC 20006.


Date:  October 11, 2007             Signed:           */s/* Elizabeth Weller

                                    Elizabeth J Weller
                                    Wilmer Cutler Pickering Hale & Dorr LLP
                                    1875 Pennsylvania Avenue, NW
                                    Washington, DC 20006
                                    Telephone: (202) 663-6331
                                    Facsimile: (202) 663-6363
                                    Elizabeth.Weller@wilmerhale.com

# CERTIFICATE OF SERVICE

      I, Jeannie S. Rhee, hereby certify that on this 11th day of October, 2007, a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was filed with the Clerk of the Court using the CM/ECF system, which should send notification of such filing to the following e-mail addresses. In addition, I hereby certify that I have served the foregoing by first class U.S. mail to the extent the following attorneys of record have not yet registered for CM/ECF.


Jeffrey Infelise
Antonia Chion
Yuri B. Zelinsky
Michael A. Ungar
Alton O. Turner
InfeliseJ@sec.gov
ChionA@sec.gov
ZelinskyY@sec.gov
UngarM@sec.gov
turneral@sec.gov
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-4030

Attorneys for Plaintiff
Securities and Exchange Commission


                                            /s/ Jeannie S. Rhee

                                        Jeannie Rhee
                                        D.C. Bar No. 464127
                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                        1875 Pennsylvania Ave. NW
                                        Washington, D.C. 20006
                                        Telephone: (202) 663-6000
                                        Facsimile: (202) 663-6363
                                        Jeannie.rhee@wilmerhale.com
                                        Attorney for Defendant Carole Argo