UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLE ARGO, )<br>)<br>Defendant. )<br>) | Civil Case No. 07-1397<br>(RWR) |

## JOINT STATUS REPORT

Pursuant to the status hearing before this court on October 12, 2007, plaintiff, the Securities and Exchange Commission ("the Commission"), and the defendant, Carole Argo ("Argo"), hereby submit this Joint Report.

At the time of the status conference, Ms. Argo's sentencing in the related criminal matter was set for January 21, 2008. Therefore, the Court set January 28, 2008, as the date for this Joint Report.

Subsequently, Ms. Argo's sentencing was rescheduled for January 28, 2008. As a result of the delay, and as a result of continuing discussions among the parties, the parties propose that they submit a joint status report by February 27, 2008, which is 30 days after sentencing.

Settlement negotiations between the Commission and Argo have been ongoing. The Commission recently provided Argo its proposal for settling this matter, as well as some of the information concerning how it arrived at its position, which Argo is presently evaluating. Based on the positions of the parties at this time, we do not believe there is a cause to reopen the case.

Respectfully submitted,

| | |
|---|---|
| /s/ Jeannie Rhee | /s/ Jeffrey T. Infelise |
| Jeannie Rhee (D.C. Bar #464127) | Jeffrey T. Infelise (D.C. Bar #456998) |
| Elizabeth Weller (D.C. Bar #502005) | Antonia Chion |
| Wilmer Cutler Pickering Hale & Dorr LLP | Yuri B. Zelinsky |
| 1875 Pennsylvania Ave., N.W. | Michael A. Ungar |
| Washington, D.C. 20006 | Alton O. Turner |
| Tel. (202) 663-6000 | Securities and Exchange Commission |
| Fax (202) 663-6363 | 100 F Street, NE |
| Jeannie.Rhee@wilmerhale.com | Washington, D.C. 20549-4030 |
| | Tel. (202) 551-4904 |
| | Fax (202) 772-9362 |
| Attorneys for Defendant | infelisej@sec.gov |
| | Attorneys for Plaintiff |

Dated: January 28, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 28, 2008.

      /s/ Jeffrey Infelise
      Jeffrey Infelise