IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>CAROLE ARGO,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:07-cv-01397 (RWR)

## NOTICE OF APPEARANCE

The undersigned counsel, Matthew Holmwood, of Wilmer Cutler Pickering Hale and Dorr LLP, hereby enters his appearance as counsel on behalf of the defendant Carole Argo in the above-captioned matter.

DATED: January 30, 2008

Respectfully submitted,

  /s/ Matthew Holmwood
Matthew Holmwood
D.C. Bar No. 491685
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6449
Facsimile: (202) 663-6363
Matthew.Holmwood@wilmerhale.com
Attorney for Defendant Carole Argo

1

## CERTIFICATE OF SERVICE

      I, Matthew Holmwood, hereby certify that on this 30th day of January, 2008, a copy of the foregoing *Notice of Appearance* was filed with the Clerk of the Court using the CM/ECF system, which should send notification of such filing to the following e-mail addresses. In addition, I hereby certify that I have served the foregoing by first class U.S. mail to the extent the following attorneys of record have not yet registered for CM/ECF.


Jeffrey Infelise
Antonia Chion
Yuri B. Zelinsky
Michael A. Ungar
Alton O. Turner
InfeliseJ@sec.gov
ChionA@sec.gov
ZelinskyY@sec.gov
UngarM@sec.gov
turneral@sec.gov
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-4030

Attorneys for Plaintiff
Securities and Exchange Commission


    /s/ Matthew Holmwood
Matthew Holmwood
D.C. Bar No. 491685
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 663-6449
Facsimile: (202) 663-6363
Matthew.Holmwood@wilmerhale.com
Attorney for Defendant Carole Argo