UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLE ARGO, )<br>)<br>Defendant. )<br>) | Civil Case No. 07-1397<br>(RWR) |

### JOINT STATUS REPORT

Pursuant to the Court's order dated February 28, 2008, plaintiff, the Securities and Exchange Commission ("the Commission"), and defendant, Carole Argo ("Argo"), hereby submit this Joint Report.

During the last 30 days, the parties have not been able to agree upon the final terms of a settlement of this matter. However, since the last Joint Status report, counsel for Argo and the Commission have continued to engage in ongoing negotiations and have been able to resolve some of the issues, narrowing the areas of dispute. In the last week, the parties have made progress in resolving some of the remaining issues.

The parties believe that the interests of judicial economy can best be served by continuing the administrative status of this case as closed until Monday, April 28, 2008 (31 days from today), to afford the parties one last opportunity to reach agreement upon the terms of settlement. Nonetheless, recognizing that negotiations have been ongoing for a while without final resolution, the parties have agreed that if they are unable to resolve their differences during this period, they will file a joint request to reopen the case

and ask the Court to schedule a status conference to discuss how the litigation of this matter should proceed.

WHEREFORE, the parties respectfully request the Court issue an order directing that the parties either notify the Court by Monday, April 28, 2008, that they have agreed to settlement of the case or file a request that the Court reopen the case and set a date for a scheduling conference.

Respectfully submitted,

/s/ Matthew Holmwood
Matthew Holmwood (D.C. Bar #491685)
Elizabeth Weller (D.C. Bar #502005)
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Tel. (202) 663-6000
Fax (202) 663-6363
matthew.holmwood@wilmerhale.com

Attorneys for Defendant

/s/ Jeffrey T. Infelise
Jeffrey T. Infelise (D.C. Bar #456998)
Antonia Chion
Yuri B. Zelinsky
Michael A. Ungar
Alton O. Turner
Securities and Exchange Commission
100 F Street, NE
Washington, D.C. 20549-4030
Tel. (202) 551-4904
Fax (202) 772-9362
infelisej@sec.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLE ARGO, ) <br> ) <br> Defendant. ) <br> ) | Civil Case No. 07-1397 <br> (RWR) |

**PROPOSED ORDER**

It is hereby ORDERED that by Monday, April 28, 2008, the parties shall either notify the Court that the parties have agreed to settlement of the case or file a request that the Court reopen the case and set a date for a scheduling conference.

**SO ORDERED.**

SIGNED this _____ day of _____, 2008.

_____
HON. RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 28, 2008.

                                                  /s/ Jeffrey Infelise
                                                 Jeffrey Infelise