UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLE ARGO, )<br>)<br>Defendant. )<br>) | Civil Case No. 07-1397<br>(RWR) |

**JOINT STATUS REPORT**

Pursuant to the Court's order, dated April 3, 2008, plaintiff, the Securities and Exchange Commission ("the Commission"), and the defendant, Carole Argo ("Argo"), hereby submit this Joint Report.

During the last 30 days, the parties have engaged in extensive negotiations and discussions concerning the possible settlement of this matter. However, because of Argo's confinement, it has been difficult for her counsel to communicate with her, slowing down the pace of negotiations. The Commission made a counter-offer during the first week of April, to which Argo's counsel was unable to respond until last week. Today, Argo's counsel communicated a counter-offer to the Commission, and the Commission responded with a new counter-offer.

Based upon today's communications, the parties believe they are close to settlement of this matter. However, the Staff's counter-offer requires Argo's counsel to consult with their client, and, assuming settlement is reached, the parties will need to negotiate and draft the wording of the settlement agreement and related documents.

2

Therefore, the parties believe that the interests of judicial economy can best be served by continuing the administrative status of this case as closed for a period of 30 days, until May 28, 2008, to provide Argo's counsel sufficient time to consult with her concerning the terms of the Commission's proposed settlement.

WHEREFORE, the parties respectfully request the Court issue an order directing the parties to notify the Court by Wednesday, May 28, 2008, whether they have reached an agreement on the final terms of settlement of the case or whether the Court should reopen the case and set a date for a scheduling conference.

|  | Respectfully submitted, |
|---|---|
| /s/ Matthew Holmwood | /s/ Jeffrey T. Infelise |
| Matthew Holmwood (D.C. Bar #491685) | Jeffrey T. Infelise (D.C. Bar #456998) |
| Elizabeth Weller (D.C. Bar #502005) | Antonia Chion |
| Wilmer Cutler Pickering Hale & Dorr LLP | Yuri B. Zelinsky |
| 1875 Pennsylvania Ave., N.W. | Michael A. Ungar |
| Washington, D.C. 20006 | Alton O. Turner |
| Tel. (202) 663-6000 | Securities and Exchange Commission |
| Fax (202) 663-6363 | 100 F Street, NE |
| matthew.holmwood@wilmerhale.com | Washington, D.C. 20549-4030 |
|  | Tel. (202) 551-4904 |
| Attorneys for Defendant | Fax (202) 772-9362 |
|  | infelisej@sec.gov |
|  | |
|  | Attorneys for Plaintiff |

Dated: April 28, 2008

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLE ARGO, ) <br> ) <br> Defendant. ) | Civil Case No. 07-1397 <br> (RWR) |

## PROPOSED ORDER

It is hereby ORDERED that the parties shall file a joint status report by May 28, 2008, stating whether the parties have agreed to the final terms of settlement of this case, or whether the Court reopen the case and set a date for a scheduling conference.

**SO ORDERED.**

SIGNED this _____ day of _____, 2008.

_____
**HON. RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 28, 2008.

                                                /s/ Jeffrey Infelise
                                                Jeffrey Infelise