UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLE ARGO, )<br>)<br>Defendant. )<br>) | Civil Case No. 07-1397<br>(RWR) |

**JOINT STATUS REPORT**

Pursuant to the Court's order, dated April 29, 2008, plaintiff, the Securities and Exchange Commission ("the Commission"), and the defendant, Carole Argo ("Argo"), hereby submit this Joint Report.

Counsel for the plaintiff and defendant have continued to negotiate and believed that an agreement in principle had been reached, which could be recommended to the Commission. However, Ms. Argo recently informed her counsel that she has concerns and related questions about two components of the proposed settlement; Ms. Argo's counsel had mistakenly believed that Ms. Argo was amenable to the proposed settlement and counsel has been diligently trying to reach Ms. Argo to address her questions and concerns. Unfortunately, as of the time of the preparation of this Report, and due to the continuing difficulties with communicating with Ms. Argo from jail, Ms. Argo's counsel has not been able to arrange the opportunity to address these issues with Ms. Argo. Nonetheless, counsel believes that a framework for settlement exists and that the issues and concerns are resolvable.

Therefore, undersigned counsel request that the Court continue this case as administratively closed until June 13, 2008, to afford Ms. Argo's counsel an opportunity to meet with her and discuss her concerns. If Ms. Argo signs the proposed Consent included with the Commission's documents embodying the proposed settlement, undersigned counsel will request the Court to maintain the case as administratively closed in order to obtain the Commission's approval of the proposed settlement. If Ms. Argo does not agree to the terms of the proposed settlement, undersigned counsel will request that the Court schedule a status conference at its earliest convenience to discuss further proceedings

WHEREFORE, the parties respectfully request the Court issue an order continuing this case as administratively closed until June 13, 2008, by which time the parties will notify the Court of the status of settlement negotiations.

|  | Respectfully submitted, |
|---|---|
| /s/ Matthew Holmwood | /s/ Jeffrey T. Infelise |
| Matthew Holmwood (D.C. Bar #491685) | Jeffrey T. Infelise (D.C. Bar #456998) |
| Elizabeth Weller (D.C. Bar #502005) | Antonia Chion |
| Wilmer Cutler Pickering Hale & Dorr LLP | Yuri B. Zelinsky |
| 1875 Pennsylvania Ave., N.W. | Michael A. Ungar |
| Washington, D.C. 20006 | Alton O. Turner |
| Tel. (202) 663-6000 | Securities and Exchange Commission |
| Fax (202) 663-6363 | 100 F Street, NE |
| matthew.holmwood@wilmerhale.com | Washington, D.C. 20549-4030 |
|  | Tel. (202) 551-4904 |
| Attorneys for Defendant | Fax (202) 772-9362 |
|  | infelisej@sec.gov |
|  |  |
|  | Attorneys for Plaintiff |

Dated: May 28, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLE ARGO, ) <br> ) <br> Defendant. ) | Civil Case No. 07-1397 <br> (RWR) |

**PROPOSED ORDER**

It is hereby ORDERED that this case will continue to remain administratively closed until June 13, 2008, by which time the parties shall notify the Court of the status of settlement negotiations.

**SO ORDERED.**

SIGNED this _____ day of _____, 2008.


_____
**HON. RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE**

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 28, 2008.

                                                /s/ Jeffrey Infelise
                                                Jeffrey Infelise