UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Case No. 07-1397 (RWR) |
| CAROLE ARGO, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order, dated May 30, 2008, plaintiff, the Securities and Exchange Commission ("the Commission"), and the defendant, Carole Argo ("Argo"), hereby submit this Joint Report.

Counsel for the plaintiff and defendant have reached an agreement in principle to settle this case. However, under Commission practice, undersigned counsel are not authorized to present a proposed final judgment to the Court until the Commissioners formally approve the settlement. Because of the large number of cases presently pending before the Commission, counsel for the Commission anticipates the approval process will take at least three months.

Consequently, undersigned counsel request that the Court continue this case as administratively closed for a period of 90 days in order to obtain the Commission's approval of the proposed settlement agreement. Counsel for the Commission and Argo represent to the Court that they will endeavor in good faith to finalize settlement papers and present the proposed settlement to the Commissioners as soon as practicable under Commission practice and procedures.

WHEREFORE, the parties respectfully request the Court issue an order continuing this case as administratively closed for a period of 90 days, until September 11, 2008, by which time the parties will notify the Court of the status of settlement negotiations.

|  |  |
|---|---|
|  | Respectfully submitted, |
| /s/ Matthew Holmwood | /s/ Jeffrey T. Infelise |
| Matthew Holmwood (D.C. Bar #491685) | Jeffrey T. Infelise (D.C. Bar #456998) |
| Elizabeth Weller (D.C. Bar #502005) | Antonia Chion |
| Wilmer Cutler Pickering Hale & Dorr LLP | Yuri B. Zelinsky |
| 1875 Pennsylvania Ave., N.W. | Michael A. Ungar |
| Washington, D.C. 20006 | Alton O. Turner |
| Tel. (202) 663-6000 | Securities and Exchange Commission |
| Fax (202) 663-6363 | 100 F Street, NE |
| matthew.holmwood@wilmerhale.com | Washington, D.C. 20549-4030 |
|  | Tel. (202) 551-4904 |
| Attorneys for Defendant | Fax (202) 772-9362 |
|  | infelisej@sec.gov |
|  |  |
| Dated: June 13, 2008 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Case No. 07-1397 (RWR) |
| CAROLE ARGO, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

It is hereby ORDERED that this case will continue to remain administratively closed until September 11, 2008, by which time the parties shall notify the Court of the status of settlement negotiations.

**SO ORDERED.**

SIGNED this _____ day of _____, 2008.

_____
**HON. RICHARD W. ROBERTS**
**UNITED STATES DISTRICT JUDGE**

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 13, 2008.

                                                /s/ Jeffrey Infelise
                                               Jeffrey Infelise